**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:          In re H.D., a Child

Appellate case number:      01-12-00007-CV

Trial court case number:    1052475

Trial court:                            310th District Court of Harris County

Date motion filed:              May 24, 2013

Party filing motion:            appellant, M.D.

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting individually      ☒ Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle

Date:  October 1, 2013